# United States Court of Appeals
## for the Fifth Circuit

No. 25-30648

United States Court of Appeals
Fifth Circuit
**FILED**
December 18, 2025
Lyle W. Cayce
Clerk

PATRICK BREAUX, AND *all others similarly situated*,

*Plaintiff—Appellee*,

versus

ALLIANCE LIFTBOATS, L.L.C.; L/B MIAMI, *in rem*, HER ENGINES, TACKLE, EQUIPMENT, APPURTENANCES, ETC.,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:24-CV-1000

_____

UNPUBLISHED ORDER

Before SOUTHWICK, DUNCAN, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellee's opposed motion to dismiss the appeal for lack of jurisdiction is GRANTED.